No. 44283.—Protests 577104–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44284.—Protests 623860–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44285.—Protest 735276–G (B) of Edward E. Ziskind (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

No. 44286.—Protests 735788–G, etc., of Amedeo Cozzi et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44287.—Protests 743622–G, etc., of Rubin Levine et al. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44288.—Protests 751639–G, etc., of Henry Pollak, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is the same in all material respects as that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.